CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff LARRY SINGER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL COFFEE & TEA, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>  Defendant. | Case No.: 8:20-CV-00281-JLS-KES<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: July 20, 2020       /s/Amanda Seabock
                     Amanda Seabock
                     Attorney for Plaintiff