CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DAWN B. EYERLY (SBN:185074)
dawn.eyerly@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200
Attorneys for Defendant
International Coffee & Tea, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER,<br><br>    Plaintiff,<br><br>    V.<br><br>INTERNATIONAL COFFEE & TEA, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case: 8:20-CV-00281-JLS-KES<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

    Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

1 | This stipulation is made as the matter has been resolved to the satisfaction of
2 | all parties.

4 | Dated: August 27, 2020     CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

9 | Dated: August 27, 2020     FREEMAN, FREEMAN & SMILEY, LLP

By: /s/Dawn B. Eyerly
Dawn B. Eyerly
Attorney for Defendant
International Coffee & Tea, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Dawn B. Eyerly, counsel for International Coffee & Tea, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 27, 2020          CENTER FOR DISABILITY ACCESS

                                            /s/Amanda Seabock
                                            Amanda Seabock
                                            Attorney for Plaintiff